# EXHIBIT A

STATE COURT RECORD:
DOCKET SHEET
COMPLAINT
APPEARANCE OF C. MYERS
SUMMONS TO REGISTERED AGENT
SUMMONS TO CEO

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Robbie McCain-Ficklin v. Premier Care of Indiana, Inc.

| | |
|---|---|
| Case Number | 49D12-2010-CT-035427 |
| Court | Marion Superior Court, Civil Division 12 |
| Type | CT - Civil Tort |
| Filed | 10/07/2020 |
| Status | 10/07/2020 , Pending  (active) |

## Parties to the Case

**Defendant** Premier Care of Indiana, Inc.
- Address: 9449 N. 90th Street
  Scottsdale, AZ 85258

**Plaintiff** McCain-Ficklin, Robbie
- Attorney: Christopher Carson Myers
  *#1004302, Lead, Retained*

  809 South Calhoun Street
  Suite 400
  Fort Wayne, IN 46802-0000
  260-424-0600(W)

- Attorney: Ilene Marie Smith
  *#2281802, Retained*

  809 S Calhoun ST
  STE 400
  Fort Wayne, IN 46802
  260-424-0600(W)

## Chronological Case Summary

**10/07/2020  Case Opened as a New Filing**

**10/07/2020  Complaint/Equivalent Pleading Filed**
Complaint
Filed By:       McCain-Ficklin, Robbie
File Stamp:     10/07/2020

**10/07/2020  Appearance Filed**
Appearance
For Party:      McCain-Ficklin, Robbie
File Stamp:     10/07/2020

**10/07/2020  Subpoena/Summons Filed**
Summons
Filed By:       McCain-Ficklin, Robbie
File Stamp:     10/07/2020

| 10/07/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons | |
| | Filed By: | McCain-Ficklin, Robbie |
| | File Stamp: | 10/07/2020 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### McCain-Ficklin, Robbie
Plaintiff

Balance Due (as of 11/20/2020)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 10/07/2020 | Transaction Assessment | 157.00 |
| 10/07/2020 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| STATE OF INDIANA | ) | | IN THE MARION SUPERIOR COURT |
| --- | --- | --- | --- |
| | ) | SS: | |
| COUNTY OF MARION | ) | | CAUSE NO._____ |

| ROBBIE MCCAIN-FICKLIN, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PREMIER CARE OF INDIANA, INC., | ) |
| | ) |
| Defendant. | ) |

# COMPLAINT

Plaintiff alleges against Defendant that:

1. Plaintiff Robbie McCain-Ficklin is a resident of Marion Indiana and worked for Defendant from about October 19, 2015 to about February 13, 2020, at which time she was terminated as a result of her race and color (African American/black) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII") and 42 U.S.C. § 1981 for not being provided the same contractual benefits as similarly-situated Caucasian employees, as set forth in Charge of Discrimination No. 470-2020-01650, attached hereto and made a part hereof as Exhibit "A". The Notice of Rights to Sue for that Charge is attached hereto as Exhibit "B", and this Complaint has been filed within ninety (90) days after receipt thereof.

2. Defendant is Premier Care of Indiana, Inc., a company doing business at 317 S. Norton Street, Marion, Indiana 46952. Defendant is an "employer" for purposes of Title VII and 42 U.S.C. § 1981. Defendant's home office is located at 9449 N. 90th Street, Scottsdale, Arizona 85258.

3. Plaintiff was hired by Defendant as a Case Manager, and eventually became a Counselor in Training. Towards the end of her employment, Plaintiff was to manage a caseload of fifty-five (55) individuals, but was given seventy-five (75) instead. The increased caseload prohibited Plaintiff from meeting with everyone, which was the pretextual reason given for her termination. Plaintiff claims that similarly-situated Caucasian coworkers were treated more favorably than her and were not terminated for the false reason of being unable to meet with all of their clients when it was impossible to due so because of the extra-high caseload she was assigned.

4. On or about December 18, 2019, Plaintiff was called into a meeting with Ms. Gilmer (supervisor) regarding an alleged policy violation (not meeting counseling requirements), but Plaintiff disagreed with Ms. Gilmer's assertions and contended that she was being singled out because of her race.

5. On February 13, 2020, Plaintiff went into work early and there were four (4) Caucasian counselors at work. Ms. Gilmer and Ms. Debbi Wilson (Clinical Supervisor) walked into Plaintiff's office and questioned why she was at work early. Plaintiff informed them that she showed up for work because she knew that the facility would be short-staffed because of inclement weather that day. Ms. Gilmer and Ms. Wilson then confronted Plaintiff about alleged issues with respect to treatment plans and referred to the written warning that Plaintiff had received in December of 2019. Ms. Gilmer then informed Plaintiff that she was terminated. The four (4) Caucasian counselors on duty that day were never questioned or confronted or subjected to an adverse employment action even though all four were failing to satisfy their respective counseling

requirements.

6. An alternative illegal reason for terminating Plaintiff was that she complained about Medicare/Medicaid fraud which, had she gone along with the fraud, she would have been personally liable for either civil damages or exposed to criminal liability. Plaintiff contends that her termination was against the tort laws and public policies of the State of Indiana. Plaintiff reported the suspected fraud to her supervisors and was soon thereafter terminated. The actions of the Defendant were intentional and in reckless disregard of Plaintiff's protected civil rights warranting an imposition of both compensatory damages and punitive damages. Plaintiff suffered emotional distress, mental anguish, humiliation, embarrassment, financial distress, inconvenience, and other damages and injuries.

7. As a direct and proximate result of Defendant's actions, Plaintiff lost her job and job-related benefits including income.

WHEREFORE, Plaintiff prays for judgment against the Defendant for back-pay, front-pay, compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:      cmyers@myers-law.com
Counsel for Plaintiff

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA<br>☒ EEOC | 470-2020-01650 |

**INDIANA CIVIL RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MRS. ROBBIE S MCCAIN-FICKLIN | (765) 243-2601 | |

Street Address: P.O BOX 1374, MARION, IN 46952

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| PREMIER CARE OF INDIANA/COMMUNITY MEDICAL SERVICES | Unknown | (765) 664-0101 |

Street Address: 315 SOUTH NORTON AVENUE, 9449 NORTH 90TH STREET, SUITE 210 SCOTTSDALE, AZ 85258, MARION, IN 46952

DISCRIMINATION BASED ON:
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-13-2020    Latest: 02-13-2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by my former employer on October 19, 2015 as a case manager and I transitioned into a counselor-in-training position on or about December 2016 upon the request of Kristie Gilmer, Supervisor. At all times throughout my employment tenure I either met or exceeded my former employer's legitimate business expectations. On December 18, 2019 I was called into a meeting with Ms. Gilmer regarding an alleged policy violation, in that, Ms. Gilmer claimed I was not meeting my respective counseling requirements. I disagreed with Ms. Gilmer's assertions and also believe I was singled out due to my race. On February 13, 2020 I went into work early and there were four (4) Caucasian counselors at work. Eventually, Ms. Gilmer and Ms. Debi Wilson, Clinical Supervisor walked into my office and questioned why I was at work early; therefore, I informed them I showed up for work because I knew the facility would be short staffed due to the inclement weather that day. Ms. Gilmer and Ms. Wilson confronted me regarding alleged issues with my treatment plans and they also referred to the written warning I received in December 2019. Finally, Ms. Gilmer informed me that my employment was terminated. The four (4) Caucasian counselors on duty that day were never questioned or confronted or subjected to an adverse employment action even though all four were failing to satisfy their respective

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Robbie Mccain-ficklin on 02-21-2020 1:25 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Ex. A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>470-2020-01650 |
|---|---|---|
| INDIANA CIVIL RIGHTS COMMISSION | | and EEOC |
| *State or local Agency, if any* | | |

counseling requirements. I believe I have been subjected to race discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Robbie Mccain-ficklin on 02-21-2020 11:25 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161 (11/16) **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Robbie S. McCain-Ficklin<br>P.O Box 1374<br>Marion, IN 46952 | From: Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2020-01650 | Marc A. Fishback,<br>Enforcement Supervisor | (463) 999-1179 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- **NOTICE OF SUIT RIGHTS** -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

For: Michelle Eisele, District Director 8/13/20 (Date Mailed)

Enclosures(s)

cc: Caroline Larsen
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road #800
Phoenix, AZ 85016

Ex. B

**CERTIFIED**

FIRST-CLASS

7019 2280 0002 2112 2968

Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802

Cogency Global, Inc.
Registered Agent for Defendant
5221 Crawfordsville Road
Indianapolis, IN 46234

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
|  | )   SS: |  |
| COUNTY OF MARION | ) | CAUSE NO._____ |

ROBBIE MCCAIN-FICKLIN,        )
                              )
    Plaintiff,            )
                              )
    v.                    )
                              )
PREMIER CARE OF INDIANA, INC., )
                              )
    Defendant.            )

## APPEARANCE IN A CIVIL CASE

**Party Classification:**       Initiating __X__       Responding _____       Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Plaintiff, Robbie McCain-Ficklin.

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    **CHRISTOPHER C. MYERS & ASSOCIATES**
    Name: __Christopher C. Myers__            Attorney Number: __10043-02__
    Name: __Ilene M. Smith__                   Attorney Number: __22818-02__
    Address: __809 S. Calhoun Street, Suite 400__   Phone: __(260) 424-0600__
    __Fort Wayne, IN 46802__                   FAX: __(260) 424-0712__
    E-Mail Address: cmyers@myers-law.com; ismith@myers-law.com

3. There are other party members: Yes _____   No __X__

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____

5. I will accept service by FAX at the above noted number: Yes __X__   No _____

6. There are related cases   Yes _____   No __X__   *(if yes, list on continuation page)*

7. This has been served on all other parties. Certificate of Service is attached: Yes _____   No __X__

8. Additional information required by local rule: _____


/s/ Christopher C. Myers

/s/ Ilene M. Smith

Case 1:20-cv-03053-RLY-MJD   Document 1-1   Filed 11/20/20   Page 13 of 16 PageID #: 17
Filed: 10/7/2020 3:35 P
Cle
Marion County, India
49D12-2010-CT-035427
Marion Superior Court, Civil Division 12

STATE OF INDIANA ) MARION SUPERIOR COURT
COUNTY OF MARION ) W-1222 City County Building
400 East Washington Street
Indianapolis, Indiana 46204-3381
Telephone: (317) 327-4740

ROBBIE MCCAIN-FICKLIN
  Plaintiff

VS

PREMIER CARE OF INDIANA, INC.
  Defendant

Case Number: _____

# SUMMONS

TO:  Cogency Global, Inc.
     Registered Agent for Defendant
     9221 Crawfordsville Road
     Indianapolis, IN 46234

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

__XX__  Certified Mail   You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____  Personal Service  You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Marion Superior Court, Marion County Courthouse, Indianapolis, Indiana, 46204.** The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: 10/7/2020                                    _____
                                                    CLERK OF THE MARION CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers (PLAINTIFF)                    (Seal)
Attorney / Party Preparing Summons (Party Represented)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State, Zip Code

(260) 424-0600            10043-02
Telephone Number          Attorney Number

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:       **OTHER** manner of service:
_____  personal service                              __X__  attorney to serve
_____  leaving a copy at dwelling or place of employment   _____  private process server, _____
                                                      _____  other (describe in particular and note Trial Rule)

**CLERK** shall serve this Summons as follows:
_____  regular mail
_____  certified mail
_____  publication

08/2000    sum (CLK 298.fb)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Indianapolis, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Indianapolis, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: _____

Date Issued: _____

_____
Clerk of the Marion Circuit and Superior Courts

_____
Clerk of the Marion Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____
Signature of Party

_____
Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**  (_____)

    READING / delivering a copy (A) to the within named party;

    LEAVING A COPY for the within named party
        (B) with the spouse, named:
        (C) with a relative, named:
        (D) at the residence, located at:
        (E) with the employer, named: _____
        (E) with a secretary, named:
        (F) with the attorney, named:
        (H) with this person (other-specify):

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**

_____
Last known address of person named in the document (or Change of Address)

**I did not serve a copy of this Summons because:** (_____)

(I)   The party was NOT FOUND / NO SUCH ADDRESS.
(J)   the document EXPIRED.
(K)   the party AVOIDED service.
(L)   the party REFUSED service.
(M)   the party was NO LONGER EMPLOYED at the address.
(N)   the document was RETURNED by the authority of the Plaintiff.
(O)   the party is DECEASED.
(P)   the party was UNKNOWN AT THAT ADDRESS.
(Q)   the party was on SICK LEAVE / LAY OFF.
(R)   the party was on VACATION.
(S)   the party was NOT FOUND / VACANT.
(T)   the party was NOT FOUND / MOVED.
(U)   the party was NOT FOUND IN THIS BAILIWICK.
(V)   INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(W)   they are NO LONGER IN BUSINESS.
(X)   several attempts were made / UNABLE TO SERVE.
(Y)   of the following reason (OTHER-specify):

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____
Date Served / Attempted

_____
Time Served / Attempted

_____
Signature of Sheriff of Martion County, Indiana (or other officer)

By: _____

_____
(Printed Name of Process Server)

Signature of Process Server

Case 1:20-cv-03053-RLY-MJD    Document 1-1    Filed 11/20/20    Page 15 of 16 PageID #: 19
Filed: 10/7/2020 3:35 PM
Clerk
Marion County, Indiana
49D12-2010-CT-035427
Marion Superior Court, Civil Division 12

STATE OF INDIANA                      IN THE MARION SUPERIOR COURT
COUNTY OF MARION                W1222 City County Building
                                                    400 East Washington Street
                                                    Indianapolis, Indiana 46204-3381
                                                    Telephone: (317) 327-4740

__ROBBIE MCCAIN-FICKLIN__                 Case Number: _____
               Plaintiff
VS                                        # SUMMONS

__PREMIER CARE OF INDIANA, INC.__
               Defendant

TO:     Nicholas Stavros, CEO
         Premier Care of Indiana, Inc.
         9449 N. 90th Street, Suite 212
         Scottsdale, AZ 85258

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

__XX__      Certified Mail        You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____      Personal Service      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Marion Superior Court, Marion County Courthouse, Indianapolis, Indiana, 46204**. The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: __10/7/2020__                                   _Myla A. Eldridge_
                                                       CLERK OF THE MARION CIRCUIT AND SUPERIOR COURTS

__Christopher C. Myers (PLAINTIFF)__           (Seal)
Attorney / Party Preparing Summons (Party Represented)

__809 South Calhoun Street, Suite 400__
Street Address

__Fort Wayne, IN 46802__
City, State, Zip Code

__(260) 424-0600__         __10043-02__
Telephone Number            Attorney Number

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:      **OTHER** manner of service:
_____ personal service                              __X__ attorney to serve
_____ leaving a copy at dwelling or place of employment       _____ private process server, _____
                                                           _____ other (describe in particular and note Trial Rule)
**CLERK** shall serve this Summons as follows:
_____ regular mail
_____ certified mail
_____ publication

**CERTIFIED MAIL**

| | |
|---|---|
| I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Indianapolis, Indiana, return receipt requested. | I hereby certify that service by registered/certified mail at Indianapolis, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein. |

Date Issued: _____          Date Issued: _____

_____          _____
Clerk of the Marion Circuit and Superior Courts          Clerk of the Marion Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .          _____
          Signature of Party                                          Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**          (_____)

    READING / delivering a copy (A) to the within named party;

    LEAVING A COPY for the within named party
        (B) with the spouse, named:        (E) with a secretary, named:
        (C) with a relative, named:        (F) with the attorney, named:
        (D) at the residence, located at:        (H) with this person (other-specify):
        (E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.
_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**
_____ .
Last known address of person named in the document (or Change of Address)

I did <u>not</u> serve a copy of this Summons because: (_____)

| | | | |
|---|---|---|---|
| (I) | The party was NOT FOUND / NO SUCH ADDRESS. | (R) | the party was on VACATION. |
| (J) | the document EXPIRED. | (S) | the party was NOT FOUND / VACANT. |
| (K) | the party AVOIDED service. | (T) | the party was NOT FOUND / MOVED. |
| (L) | the party REFUSED service. | (U) | the party was NOT FOUND IN THIS BAILIWICK. |
| (M) | the party was NO LONGER EMPLOYED at the address. | (V) | INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N) | the document was RETURNED by the authority of the Plaintiff. | (W) | they are NO LONGER IN BUSINESS. |
| (O) | the party is DECEASED. | (X) | several attempts were made / UNABLE TO SERVE. |
| (P) | the party was UNKNOWN AT THAT ADDRESS. | (Y) | of the following reason (OTHER-specify): |
| (Q) | the party was on SICK LEAVE / LAY OFF. | | |

                                                              _____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____          _____
Date Served / Attempted     Time Served / Attempted          Signature of Sheriff of Martion County, Indiana (or other officer)
                                                          By: _____
(Printed Name of Process Server)          Signature of Process Server